IN THE SUPREME COURT OF THE STATE OF DELAWARE

| | | |
|---|---|---|
| SHARON K. WATSON,[1] | § | |
| | § | |
| Petitioner-Below, | § | No. 598, 2018 |
| Appellant, | § | |
| | § | Court Below: Family Court |
| v. | § | of the State of Delaware |
| | § | |
| KEVIN M. WATSON, | § | File No. CN17-001582 |
| | § | Petition No. 17-03616 |
| Respondent-Below, | § | |
| Appellee. | § | |
| | § | |
| | § | |

Submitted: March 25, 2019
Decided: March 28, 2019

## **ORDER**

It appears to the Court that, on February 18, 2019, the Senior Court Clerk issued a notice to the appellant to show cause why this appeal should not be dismissed because of her failure to diligently prosecute the appeal by not paying the Family Court filing fee and transcript costs. The appellant failed to respond to the notice to show cause within the required ten-day period; therefore, dismissal of this action is deemed to be unopposed.

---

[1] The Court previously assigned pseudonyms to the parties under Supreme Court Rule 7(d).

NOW, THEREFORE, IT IS ORDERED, under Supreme Court Rules 3(b) and 29(b), that the appeal is DISMISSED.

BY THE COURT:

*/s/ Collins J. Seitz, Jr.*
Justice